No. 96–8253.   WEST v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 96–8254.   YOUNG v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 96–8256.   TAYLOR v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 96–8259.   ARROYO v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 96–8261.   PORTILLO ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 96–8263.   WHITE v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 96–8266.   CHORNEY v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 96–8297.   INGRAM v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 96–828.   DRY CREEK RANCHERIA v. BRIDGET AND LUCY R., MINORS, ET AL.   Ct. App. Cal., 2d App. Dist.   Motion of respondents Bridget and Lucy R. for leave to proceed in forma pauperis granted.   Motion of respondents Richard A. and Cindy R. for leave to proceed in forma pauperis granted.   Certiorari denied.

No. 96–1075.   ERNST & YOUNG LLP v. MCGANN ET AL.   C. A. 9th Cir.   Motion of American Institute of Certified Public Accountants for leave to file a brief as amicus curiae granted.   Certiorari denied.

No. 96–1339.   CALTEX PETROLEUM CORP. ET AL. v. BARIS ET AL.   C. A. 5th Cir.   Motion of American Petroleum Institute for leave to file a brief as amicus curiae granted.   Certiorari denied.

No. 96–1365.   MILLER ET AL. v. BROWN ET AL.   C. A. 10th Cir. Motion of American Hospital Association for leave to file a brief as amicus curiae granted.   Certiorari denied.